**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7656**

———————————

JOHNNY ANTHONY VALENTINE,

                                        Petitioner - Appellant,

        versus

LISA EDWARDS,

                                        Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-99-543-7)

———————————

Submitted:  March 28, 2000          Decided:  April 4, 2000

———————————

Before MURNAGHAN, LUTTIG, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Johnny Anthony Valentine, Appellant Pro Se.  Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Anthony Valentine appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Valentine v. Edwards</u>, No. CA-99-543-7 (W.D. Va. Nov. 4, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>